John A. Mavros (SBN 257673)
   E-Mail: jmavros@fisherphillips.com
Ashton M. Riley (SBN 310528)
   E-Mail: ariley@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
BACKYARD LAWN MASTER, LLC dba
LAWN MASTER OUTDOOR LIVING
(erroneously sued as BACKYARD LAWN
MASTER, LLC dba LAWN MASTER
OUTDOOR LIVING, LLC)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CEBALLOS, an individual and on behalf of all aggrieved employees,<br><br>        Plaintiff,<br><br>   v.<br><br>BACKYARD LAWN MASTER, LLC, a Delaware company dba LAWN MASTER OUTDOOR LIVING, LLC, an unknown company; SHANE LEATH, an individual; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No:<br><br>*(Removed from Riverside Superior Court Case No. CVRI 2000605)*<br><br>**DECLARATION OF SHANE LEATH IN SUPPORT OF NOTICE OF REMOVAL**<br><br>**(Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446)**<br><br>Complaint Filed: December 29, 2020<br>Trial Date: None Set |

---

1
DECLARATION OF SHANE LEATH IN SUPPORT OF NOTICE OF REMOVAL

**DECLARATION OF SHANE LEATH**

I, Shane Leath, declare as follows:

1. I am an individual and a Co-Founder of Backyard Lawn Master, LLC ("Backyard"). I make this declaration in support of Backyard's Notice of Removal. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2. Backyard was founded in 2018 and is owned by two other companies. The majority owner is Backyard Products, LLC and the minority owner is Lawn Master Outdoor Living, LLC, which are also members of Backyard.

3. In addition to being a Co-Founder of Backyard, I am also a manager and am responsible for co-management of Backyard's operations, including but not limited to daily management, purchasing, sales, customer relationships, new business, and company expansion.

4. As a manager and Co-Founder, I am familiar with Backyard's general business operations, including the location of Backyard's headquarters and leadership. Backyard was at the time of filing and continues to be a corporation organized under the laws of the state of Delaware. Backyard's leadership operates out of two offices located at 3841 South Interstate 35E, Waxahachie, Texas 75165 and 1000 Ternes Drive, Monroe, Michigan 48162. Backyard's managers are located at its corporate headquarters in Waxahachie, Texas, where the majority of the day-to-day management of Backyard is managed. The core executive functions are primarily carried out of its corporate headquarters in Monroe, Michigan.

5. I am also readily familiar that Backyard Products, LLC was incorporated under the laws of Delaware and its corporate office is located in Monroe, Michigan. I am also readily familiar that Lawn Master Outdoor Living, LLC was incorporated under the laws of Texas and its corporate office is in Waxahachie, Texas.

6. In my role as a manager, I have access to company information, data,

and records that Backyard maintains in the regular course of business. This includes data related to individuals that are or have been employed by Backyard, including SAM CEBALLOS ("Ceballos").

7. I reviewed Backyard's records related to Ceballos. I have also reviewed the civil complaint ("Complaint") filed by Ceballos in the Superior Court of California, County of Riverside, Case Number CVRI 2000605. In the Complaint, Ceballos is seeking lost wages since his resignation of employment. Ceballos' final annual salary at time of resignation was $50,000, paid bi-weekly at a rate of $1,923.08, plus commissions. Ceballos submitted his resignation letter on February 3, 2021. Backyard denies all of Ceballos' allegations in the Complaint, but according to Ceballos' allegations in the Complaint, lost wages would equate to approximately $53,846.80 in salary alone.

8. My declaration only discusses the allegations in the Complaint for purposes of demonstrating the amount that the allegations in the Complaint place in controversy in this litigation. Again, my declaration should not in any way be construed as an admission as to any of the allegations in the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on March __8__, 2021, at Waxahachie, Texas.

SHANE LEATH
Declarant

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On March 8, 2021, I served the foregoing document entitled **DECLARATION OF SHANE LEATH IN SUPPORT OF NOTICE OF REMOVAL** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Christian J. Petronelli, Esq.<br>Dayna C. Carter, Esq.<br>PETRONELLI LAW GROUP, PC<br>395 Redondo Avenue, Suite 201<br>Long Beach, CA 90803 | Attorneys for Plaintiff<br>SAM CEBALLOS<br><br>T: 888-855-3670<br>F: 888-449-9675<br>E: christian@petronellilaw.com<br>E: dayna@petronellilaw.com |

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed March 8, 2021 at Irvine, California.

| | |
|---|---|
| Everlyn Camanag<br>Print Name | By: */s/ Everlyn Camanag*<br>Signature |