# EXHIBIT 4

Case 5:21-cv-00412-JWH-SP   Document 1-6   Filed 03/08/21   Page 1 of 4   Page ID #:77

John A. Mavros (SBN 257673)
    E-Mail: jmavros@fisherphillips.com
Ashton M. Riley (SBN 310528)
    E-Mail: ariley@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendants
BACKYARD LAWN MASTER, LLC dba LAWN
MASTER OUTDOOR LIVING (erroneously sued as
BACKYARD LAWN MASTER, LLC dba LAWN
MASTER OUTDOOR LIVING, LLC)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE - CIVIL DEPARTMENT COURTHOUSE

| | |
|---|---|
| SAM CEBALLOS, an individual and on behalf of all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>BACKYARD LAWN MASTER, LLC, a Delaware company dba LAWN MASTER OUTDOOR LIVING, LLC, an unknown company; SHANE LEATH, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: CVRI 2000605<br>*[Unlimited Jurisdiction]*<br><br>*Assigned for all purposes to the Honorable Chad Firetag, Dept. 3*<br><br>**NOTICE TO SUPERIOR COURT AND TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES OF DISTRICT COURT**<br><br>Complaint Filed: December 29, 2020<br>Trial Date:        None Set |

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF RIVERSIDE:

PLEASE TAKE NOTICE that on March 8, 2021, Defendant BACKYARD LAWN MASTER, LLC dba LAWN MASTER OUTDOOR LIVING (erroneously sued as BACKYARD LAWN MASTER, LLC dba LAWN MASTER OUTDOOR LIVING, LLC) ("Defendant") petitioned for removal of the above-titled action from the Superior Court of California, County of Riverside, to the United States District Court for the Central District of California (Eastern Division) pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

1     Attached hereto as **Exhibit "A"** is a copy of the Notice of Removal which has been filed in the United States District Court, Central District of California (Eastern Division).

    Pursuant to 28 U.S.C. § 1446, the filing of the aforesaid Notice of Removal in the District Court, together with this Notice effects the removal of this action, and this Court may proceed no further unless and until the case is remanded.

DATE: March 8, 2021          FISHER & PHILLIPS LLP

By: _____
John A. Mavros
Ashton M. Riley
Attorneys for Defendant
BACKYARD LAWN MASTER, LLC dba LAWN MASTER OUTDOOR LIVING (erroneously sued as BACKYARD LAWN MASTER, LLC dba LAWN MASTER OUTDOOR LIVING, LLC)

# PROOF OF SERVICE
## (CCP §§1013(a) and 2015.5)

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of Orange with the law offices of Fisher & Phillips LLP and its business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On March 8, 2021, I served the following document(s) **NOTICE TO SUPERIOR COURT AND TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES OF DISTRICT COURT** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Christian J. Petronelli, Esq. | Attorneys for Plaintiff |
| Dayna C. Carter, Esq. | SAM CEBALLOS |
| PETRONELLI LAW GROUP, PC | |
| 395 Redondo Avenue, Suite 201 | T: 888-855-3670 |
| Long Beach, CA 90803 | F: 888-449-9675 |
| | E: christian@petronellilaw.com |
| | E: dayna@petronellilaw.com |

☒ **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine California, in a sealed envelope with postage fully prepaid.

☐ **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

☐ **[by PERSONAL SERVICE]** - I delivered the document(s) to the person(s) at the address(es) listed above by (1) (a) personal delivery, or (b) by leaving the documents in an envelope/package with an individual in charge of the office, or (c) by leaving them in a conspicuous place in the office between the hours of 9:00 a.m. and 6:00 p.m., or (2) by messenger – a copy of the Messenger Declaration is attached.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed March 8, 2021, at Irvine, California.

Everlyn Camanag
Print Name

By: _____
Signature

PROOF OF SERVICE
1

FP 39840094.1