1  CHRISTIAN J. PETRONELLI, SBN 284522
       E-Mail: christian@petronellilaw.com
2  DAYNA C. CARTER, SBN 253629
       E-Mail: dayna@petronellilaw.com
3  PETRONELLI LAW GROUP, PC
   295 Redondo Avenue, Suite 201
4  Long Beach, California 90803
   Telephone: (888) 855-3670
5  Facsimile: (888) 449-9675
   Attorneys for Plaintiff
6  SAM CEBALLOS

7  John A. Mavros (SBN 257673)
       E-Mail: jmavros@fisherphillips.com
8  Ashton M. Riley (SBN 310528)
       E-Mail: ariley@fisherphillips.com
9  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
10  Irvine, California 92614
   Telephone: (949) 851-2424
11  Facsimile: (949) 851-0152
   Attorneys for Defendant
12  BACKYARD LAWN MASTER, LLC dba
   LAWN MASTER OUTDOOR LIVING and
13  SHANE LEATH

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17

18  SAM CEBALLOS, an individual        Case No:   5:21-cv-00412-JWH-SP
   and on behalf of all aggrieved
19  employees,                          *(Removed from Riverside Superior Court*
                                        *Case No. CVRI 2000605)*
20              Plaintiff,

21       v.                             **STIPULATION TO DISMISS
                                        PLAINTIFF'S EIGHTEENTH CAUSE
22  BACKYARD LAWN MASTER,               OF ACTION WITHOUT PREJUDICE**
   LLC, a Delaware company dba
23  LAWN MASTER OUTDOOR
   LIVING, LLC, an unknown             Complaint Filed:  December 29, 2020
24  company; SHANE LEATH, an           Trial Date:       June 20, 2022
   individual; and DOES 1 through
25  100, inclusive,

26              Defendants.

27

28

                                  1
      STIPULATION TO DISMISS PLAINTIFF'S EIGHTEENTH CAUSE OF ACTION
                           WITHOUT PREJUDICE
FP 41938890.1

1      Plaintiff Sam Ceballos ("Plaintiff") and Defendants Backyard Lawn Master,
2  LLC ("Backyard") and Shane Leath (collectively with Backyard, "Defendants,")
3  (Plaintiff, Backyard and Shane Leath are referred to collectively as "the Parties")
4  hereby stipulate by and through their respective counsel as follows:

5      WHEREAS on December 29, 2020, Plaintiff filed his Complaint in the
6  Superior Court of California – County of Riverside ("Complaint"), entitled *Sam*
7  *Ceballos v. Backyard Lawn Master, LLC et al.*, Case No. CVRI 2000605;

8      WHEREAS in the Complaint, Plaintiff pled eighteen causes of action,
9  including his Eighteenth Cause of Action under the Private Attorneys' General Act,
10  Labor Code § 2699;

11      WHEREAS on March 5, 2021, Backyard timely filed its Answer to the
12  Complaint, generally and specifically denying each and every allegation contained
13  in the Complaint, including but not limited to liability for Plaintiff's Eighteenth
14  Cause of Action;

15      WHEREAS on or about March 9, 2021, Backyard removed this case from
16  the Superior Court of California to the United States District Court – Central District
17  of California;

18      WHEREAS on May 5, 2021, Shane Leath timely filed his Answer to the
19  Complaint, generally and specifically denying each and every allegation contained
20  in the Complaint, including but not limited to liability for Plaintiff's Eighteenth
21  Cause of Action;

22      WHEREAS, since March 2021, the Parties have engaged in written discovery
23  and on July 28, 2021, Defendants took Plaintiff's deposition;

24      WHEREAS Plaintiff contacted multiple former employees who worked for
25  Backyard and based on that investigation, written discovery, and Plaintiff's
26  deposition, Plaintiff does not believe that he has sufficient evidence to pursue his
27  Eighteenth Cause of Action against Defendants at this time;

28

STIPULATION TO DISMISS PLAINTIFF'S EIGHTEENTH CAUSE OF ACTION WITHOUT PREJUDICE

FP 41938890.1

1    IT IS HEREBY STIPULATED by and between the Parties that Plaintiff be

2    permitted to dismiss his Eighteenth Cause of Action without prejudice. "Rule

3    41(a)(2) permits a plaintiff, with the approval of the court, to dismiss an action

4    without prejudice **at any time**." (*Stevendoring Servs. of Am. V. Armilla Intern. B.V.*

5    (9th Cir. 1989) 889 F. 2d 919, 921 [emphasis added].) A request for voluntary

6    dismissal under Rule 41(a)(2) is addressed to the district court's sound discretion

7    and the court's order will not be disturbed unless the court has abused its

8    discretion." (*Id.* at 921 ["The purpose of the rule is to permit a plaintiff to dismiss

9    an action without prejudice so long as the defendant will not be prejudiced or

10    unfairly affected by dismissal."].) Here, Defendants have consented to the

11    dismissal.

12    The Parties further stipulate that good cause exists for approving this

13    Stipulation as it would streamline the case and conserve judicial resources.

14    Based on the foregoing, the Parties stipulate that Plaintiff's Eighteenth Cause

15    of Action Private Attorneys' General Act, Labor Code § 2699 be dismissed without

16    prejudice as to Defendants.

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

3
STIPULATION TO DISMISS PLAINTIFF'S EIGHTEENTH CAUSE OF ACTION
WITHOUT PREJUDICE

FP 41938890.1

1

**SO STIPULATED.**

2

3    Dated:  October 8, 2021                    Respectfully submitted,

4                                               PETRONELLI LAW GROUP, PC

5
                                        By:    */s/ Christian J. Petronelli*
6                                              Christian J. Petronelli
                                               Dayna C. Carter
7                                              Attorneys for Plaintiff
                                               SAM CEBALLOS
8

9    Dated:  October 8, 2021                    Respectfully submitted,

10                                              FISHER & PHILLIPS LLP

11
                                        By:    */s/ Ashton M. Riley*
12                                             John A. Mavros
                                               Ashton M. Riley
13                                             Attorneys for Defendant
                                               BACKYARD LAWN MASTER, LLC
14                                             dba LAWN MASTER OUTDOOR
                                               LIVING and SHANE LEATH
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On October 8, 2021, I served the foregoing document entitled **STIPULATION TO DISMISS PLAINTIFF'S EIGHTEENTH CAUSE OF ACTION WITHOUT PREJUDICE** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Christian J. Petronelli, Esq.          Attorneys for Plaintiff
Dayna C. Carter, Esq.                  SAM CEBALLOS
PETRONELLI LAW GROUP, PC
295 Redondo Avenue, Suite 201          T:  888-855-3670
Long Beach, CA  90803                  F: 888-449-9675
                                       E: christian@petronellilaw.com
                                       E: dayna@petronellilaw.com

☐      **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒      **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐      **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express.  Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed October 8, 2021 at Irvine, California.

Everlyn Camanag                         By:  */s/ Everlyn Camanag*
_____                      _____
Print Name                                   Signature

1
CERTIFICATE OF SERVICE

FP 41938890.1